UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARIA DISTURCO

        Plaintiff,

  v.

Civil Action No. 13-CV-846

MULLOOLY, JEFFREY, ROONEY & FLYNN

        Defendant.

_____

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Maria DiSturco, hereby voluntarily dismisses this action against Defendant Mullooly, Jeffrey, Rooney & Flynn with prejudice.


DATED:     November 22, 2013


/s/Seth J. Andrews, Esq._____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884